1  W. SCOTT QUINLAN, #101269
   Attorney at Law
2  2333 Merced Street
   Fresno, California 93721
3  TELEPHONE: (559) 442-0634
   FAX: (559) 233-6947
4

5  Attorney for Plaintiffs

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                          *   *   *   *   *   *   *

11 MARIA MORALES-OPETT            )    No.: CIV-F-02-6626 AWI  DLB
                                  )
12           Plaintiff,            )    **STIPULATION AND**
                                  )    **ORDER MODIFYING**
13      vs.                       )    **PROTECTIVE ORDER**
                                  )
14 COUNTY OF FRESNO, et al.       )
                                  )
15           Defendants.          )

16

17 CAROL DELA TORRE               )    No.: CIV-F-02-6627 REC LJO
                                  )
18           Plaintiff,           )    **STIPULATION AND**
                                  )    **ORDER MODIFYING**
19      vs.                       )    **PROTECTIVE ORDER**
                                  )
20 COUNTY OF FRESNO, et al.       )
                                  )
21           Defendants.          )
                                  )
22

23      IT IS HEREBY STIPULATED by and between the parties, through their respective

24 counsel, that the protective order in force in the above-captioned case filed on January 8, 2004

25 prohibiting Carol Dela Torre from using information obtained through discovery in this case in

26 any other case, should be modified to allow Carol Dela Torre to use declarations and exhibits

27 filed in support of and in opposition to the parties cross-motions for summary adjudication heard

28 and decided on February 28, 2005 in her pending criminal case.

1       THERE IS GOOD CAUSE for this stipulation because the above-referenced exhibits and
2 declarations filed with this court have been open to public inspection and have been public
3 records (not having been filed under seal by either party) for the past 8 months.
4 IT IS SO STIPULATED.

7 Dated: _____           /s/ James J. Arendt
                                                    James J. Arendt, Attorney for
8                                                     ALL DEFENDANTS

10 Dated: _____          /s/ W. Scott Quinlan
                                                    W. Scott Quinlan, Attorney for
11                                                   ALL PLAINTIFFS

13      Upon review of the above stipulation and GOOD CAUSE APPEARING THEREFORE,
14      IT IS HEREBY ORDERED that the protective order filed January 8, 2004 is modified to
15 allow plaintiff Carol Dela Torre to use declarations and exhibits filed in this case in support of
16 and in opposition to the parties cross-motions for summary adjudication decided February 28,
17 2005, in her pending criminal action.
18      IT IS SO ORDERED.
19 **Dated:   November 9, 2005**         /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE