IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORALES-OPETT,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. CV F 02-6626 LJO CONSOLIDATED WITH CASE NO. CV F 02-6627<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date: September 20, 2006<br>Time: 8:30 a.m.<br>Dept.: 8 (LJO) |

    This Court conducted a June 28, 2006 status conference to address how to proceed in light of the underlying criminal action and recent appellate rulings. Plaintiffs Carol Dela Torre and Maria Morales-Opett appeared by counsel W. Scott Quinlan. Defendants appeared by counsel James Arendt, Weakley, Ratliff, Arendt & McGuire.

    Mr. Qunilan explained that trial in the underlying criminal action against plaintiff Carol Dela Torre will proceed on September 25, 2006 for six weeks. Mr. Quinlan noted that plaintiffs will not pursue claims against newly added defendant Yolanda Sumii. The parties' counsel stipulated that prior rulings and defendants' pending answer apply to newly added defendants Pete Chavez and John Lew, who need not file a separate answer. The parties' counsel agreed to defer reopening limited discovery at this time.

    On the basis of the parties' agreements and good cause, this Court:

    1.    DISMISSES Yolanda Sumii as a defendant;

    2.    ORDERS that prior rulings of this Court and the Ninth Circuit Court of Appeals and defendants' pending answer apply to newly added defendants Pete Chavez and John Lew, who need not file a separate answer;

    3.    STAYS discovery and pending motions in this action; and

4.     SETS a status conference for September 20, 2006 at 8:30 a.m. in Department 8 (LJO) of this Court. At the conference, counsel shall be prepared to discuss the status of the underlying criminal action and setting discovery, motion and trial dates.

IT IS SO ORDERED.

**Dated:**   **June 28, 2006**                    /s/ Lawrence J. O'Neill
66h44d                                     UNITED STATES MAGISTRATE JUDGE