IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORALES-OPETT,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV F 02-6626 LJO CONSOLIDATED WITH CASE NO. CV F 02-6627<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date:　January 10, 2008<br>Time:　8:15 a.m.<br>Dept.:　4 (LJO) |

　　　This Court conducted an August 30, 2007 status conference to address how to proceed in light of the underlying criminal action.  Plaintiffs Carol Dela Torre and Maria Morales-Opett  appeared by counsel W. Scott Quinlan.  Defendants appeared by counsel  James Arendt, Weakley, Ratliff, Arendt & McGuire.

　　　Mr. Qunilan explained that retrial in the underlying criminal action against plaintiff Carol Dela Torre has not been set but that Mr. Quinlan will seek to pursue an April 2008 retrial.  Based on implications of the underlying criminal action on this civil action, including Fifth Amendment issues, this Court continues to STAY this civil action.  This Court SETS a status conference for January 10, 2008 at 8:15 a.m. in Department 4 (LJO) of this Court.  At the conference, counsel shall be prepared to discuss the status of the underlying criminal action and its effect on this action.

　　　IT IS SO ORDERED.

**Dated:　August 30, 2007**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1