IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORALES-OPETT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 02-6626 LJO CONSOLIDATED WITH CASE NO. CV F 02-6627<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date:  June 10, 2008<br>Time:  8:15 a.m.<br>Dept.:  4 (LJO) |

This Court conducted an April 14, 2008 status conference to address how to proceed in light of the underlying criminal action. Plaintiffs Carol Dela Torre and Maria Morales-Opett appeared by counsel W. Scott Quinlan. Defendants appeared by counsel James Arendt, Weakley, Ratliff, Arendt & McGuire.

Mr. Qunilan explained that retrial in the underlying criminal action against plaintiff Carol Dela Torre will start June 16, 2008 and is expected to last into mid-October 2008. Based on implications of the underlying criminal action on this civil action, including Fifth Amendment issues, this Court continues to STAY this civil action. This Court SETS a status conference for June 10, 2008 at 8:15 a.m. in Department 4 (LJO) of this Court. At the conference, counsel shall be prepared to discuss the status of the underlying criminal action, its effect on this action, reopening discovery, and setting discovery deadlines, a pretrial conference and trial.

IT IS SO ORDERED.

**Dated:  April 14, 2008**　　　　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE