James J. Arendt, Esq.        Bar No. 142937
Michael R. Linden, Esq.      Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, LISA BIGGS, SHARI HALL, ROD SPAULDING, TERRENCE HOLLY, MARIO LEAL, PETE CHAVEZ and JOHN LEW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORALES-OPETT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO, et al.<br><br>Defendants.<br>_____ | CASE NO.  1:02-CV-06626 LJO DLB<br><br>ORDER REMOVING DEFENDANTS FROM COURT DOCKET |
| CAROL DELA TORRE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO, et al.<br><br>Defendants.<br>_____ | CASE NO.  1:02-CV-06627 LJO DLB<br><br>ORDER REMOVING DEFENDANTS FROM COURT DOCKET |

In accordance with this Court's February 28, 2005 Order on Defendants' Motion for Summary Judgment, it is hereby ORDERED that the following individuals be identified as "TERMINATED" defendants on the Court's docket: Sara Segler, Jack Jones, B. Gottselig, S. Hatch, K. Bauer, T. Alvarez, J. Swenning, Xong Vue, J. Perez, L. Brock, R. Pole, J.Smith, C.

_____
[Proposed] Order Removing Defendants

Reyes, F. Reyna, J. Orth, J. Waide, L. Hayes, S. Chaney, C. Crapo, R. Weigandt, L. Cotter, A. Gill, F. Esquivel, J. Kantarakis, S. Thomas, Joel Nichols, F. Starks, V. Byas, W. Wehner, Yolanda Moralez, Ogan, and Sam Cortina.

**IT IS SO ORDERED.**

DATED: October 6, 2008                           /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE