James J. Arendt, Esq.        Bar No. 142937
Michael R. Linden, Esq.      Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, LISA BIGGS, SHARI HALL, ROD SPAULDING, TERRENCE HOLLY, MARIO LEAL, PETE CHAVEZ and JOHN LEW

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA MORALES-OPETT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF FRESNO, et al.<br><br>　　　　Defendants.<br>_____ | CASE NO.  1:02-CV-06626 LJO DLB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATE** |
| CAROL DELA TORRE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF FRESNO, et al.<br><br>　　　　Defendants.<br>_____ | CASE NO.  1:02-CV-06627 LJO DLB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATE** |

　　　　Plaintiffs CAROL DELA TORRE and MARIA MORALES-OPETT ("Plaintiffs") and defendants COUNTY OF FRESNO, et al. ("Defendants") hereby stipulate to extend the discovery cut-off date in the above-captioned cases, currently set for October 31, 2008, for the limited purpose set forth below.

1     Good cause exists to extend the discovery cut-off date for the following reasons:

2     On September 26, 2008, Defendants noticed the depositions of Victor Cattalico and Michelle Detsch for October 24, 2008. *Declaration of Michael R. Linden ("Linden Decl."), para. 2*. It was Defendants' understanding that both witnesses worked as interns in the psychological services department for the State Center Community College District ("SCCCD"), and had contact with plaintiff Maria Morales-Opett. *Id*. As such Defendants' served deposition subpoenas for these witnesses at the SCCCD office. *Id*.

8     On October 14, 2008, counsel for Defendants received a letter from Mr. Gregory Taylor, general counsel for SCCCD. *Linden Decl., para. 3; Exhibit "A" to Linden Decl*. In this letter, Mr. Taylor indicated that Victor Cattolico was no longer an employee of SCCCD. *Id*. Mr. Taylor also represented that he would not be available for the deposition of Michelle Detsch on October 24, 2008. *Id*.

13     On October 15, 2008, counsel for Defendants sent an e-mail to Plaintiffs' counsel regarding Mr. Taylor's letter. *Linden Decl., para. 4, Exhibit "B" to Linden Decl*. Defendants requested that Plaintiffs agree to stipulate to extend the discovery cut-off date for the depositions of Victor Cattolico and Michelle Detsch. *Id*. Later in the day, Plaintiffs' counsel sent a return e-mail, indicating that he was agreeable to the stipulation should the depositions be set in November of 2008, and cleared with his office. *Id*.

19     On October 17, 2008, counsel for Defendants placed a phone call to Gregory Taylor at his office. *Linden Decl., para. 5*. Mr. Taylor confirmed the representations made in his letter. *Id*. Mr. Taylor indicated that he would be available for depositions starting the week of October 27, 2008, but he was not sure when Ms. Detsch would be available. *Id*. Mr. Taylor also indicated that he was not aware of the location of witness Victor Cattolico. *Id*. As to taking a deposition in November of 2008, Mr. Taylor indicated that he was currently available on November 6-7. *Id*.

25     Based on the foregoing, good cause exists to extend the discovery cut-off date for the depositions of Michelle Detsch and Victor Cattolico. Counsel for SCCCD is not available on October 24, 2008, and Plaintiffs' counsel is not available again until November of 2008. Furthermore, Defendants will need extra time to locate Victor Cattolico and serve him with a

1  deposition subpoena.  Defendants have acted in good faith, and have been diligent in bringing this
2  matter before the Court.
3      Therefore, good cause having been shown, the parties hereby stipulate to extend the
4  discovery cut-off date to November 21, 2008 for the depositions of Michelle Detsch and Victor
5  Cattalico.

7  DATED: October 17, 2008
           WEAKLEY, RATLIFF, ARENDT & McGUIRE

10      By:    /s/ Michael R. Linden
           James J. Arendt
           Michael R. Linden
11             Attorneys for Defendants

13  DATED: October 17, 2008

15      By:    /s/ W. Scott Quinlan
           W. Scott Quinlan
16             Attorney for Plaintiffs

*IT IS SO ORDERED.*

    *Dated:*   **October 22, 2008**           */s/ **Dennis L. Beck***
                                                                       *UNITED STATES MAGISTRATE JUDGE*