James J. Arendt, Esq.         Bar No. 142937
Michael R. Linden, Esq.       Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, LISA BIGGS, SHARI HALL, ROD SPAULDING, TERRENCE HOLLY, MARIO LEAL, PETE CHAVEZ and JOHN LEW

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA MORALES-OPETT,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF FRESNO, et al.<br><br>    Defendants.<br>_____ | CASE NO. 1:02-CV-06626 LJO DLB<br><br>ORDER REMOVING DEFENDANT J. HOGUE FROM COURT DOCKET |
| CAROL DELA TORRE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF FRESNO, et al.<br><br>    Defendants.<br>_____ | CASE NO. 1:02-CV-06627 LJO DLB<br><br>ORDER REMOVING DEFENDANT J. HOGUE FROM COURT DOCKET |

In accordance with this Court's February 28, 2005 Order on Defendants' Motion for Summary Judgment, it is hereby ORDERED that the J. Hogue be identified as a "TERMINATED" defendant on the Court's docket.

/ / /

_____
[Proposed] Order Removing Defendant

1  *IT IS SO ORDERED.*

2  *Dated:*   *October 30, 2008*                    */s/ Lawrence J. O'Neill*
                                                  *UNITED STATES DISTRICT JUDGE*

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28