| | |
|---|---|
| James J. Arendt, Esq. | Bar No. 142937 |
| Michael R. Linden, Esq. | Bar No. 192485 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, LISA BIGGS, SHARI HALL, ROD SPAULDING, TERRENCE HOLLY, MARIO LEAL, PETE CHAVEZ and JOHN LEW

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA MORALES-OPETT, | CASE NO.  1:02-CV-06626 LJO DLB |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL AND ORDER** |
| COUNTY OF FRESNO, et al. | |
| Defendants. | |
| | CASE NO.  1:02-CV-06627 LJO DLB |
| CAROL DELA TORRE, | **STIPULATED DISMISSAL AND ORDER** |
| Plaintiff, | |
| vs. | |
| COUNTY OF FRESNO, et al. | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the entire action, without prejudice, all

///

///

///

---

Stipulated Dismissal and Order

parties to bear their own costs and attorney's fees.

DATED: November 7, 2008

WEAKLEY, RATLIFF, ARENDT & McGUIRE

By:    /s/ James J. Arendt
James J. Arendt
Michael R. Linden
Attorneys for Defendants

DATED: November 7, 2008

By:    /s/ W. Scott Quinlan
W. Scott Quinlan
Attorney for Plaintiffs

**ORDER**

Based on the parties' dismissal, this Court:

1. DISMISSES without prejudice this entire consolidated action; and
2. DIRECTS the clerk to close this action.

*IT IS SO ORDERED.*

*Dated:*   **November 10, 2008**       */s/ Lawrence J. O'Neill*
                                                         *UNITED STATES DISTRICT JUDGE*